UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LEANNE MORINGLANES,**

   **Plaintiff,**

**v.**         **Case No.  6:22-cv-1374-CEM-DAB**

**BOSTON SCIENTIFIC**
**CORPORATION and DOES 1-100,**

   **Defendants.**
_____/

**ORDER**

   THIS CAUSE is before the Court upon *sua sponte* review of the file. Plaintiff

was required to file its Notice of Pendency of Other Actions and Disclosure

Statement on or before August 19, 2022. (INITIAL ORDER re: Case Management

and Deadlines, Doc. 4, at 1–2). Plaintiff was also warned that failure to comply with

any Local Rules or Court Orders may result in the imposition of sanctions including,

but not limited to, the dismissal of this action without further notice. (Notice to

Counsel and Parties, Doc. 5). Plaintiff has failed to comply, and the time to do so

has passed. Therefore, it is **ORDERED** and **ADJUDGED** that this case is

**DISMISSED without prejudice**. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on August 29, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record