# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| LEANNE MORINGLANES,<br><br>        Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC<br>CORPORATION and DOES 1-100,<br>inclusive,<br><br>        Defendants. | Case No.: 6:22-cv-1374-CEM-DAB<br><br>Judge Carlos E. Mendoza<br>Magistrate Judge David A. Baker |

## DEFENDANT BOSTON SCIENTIFIC CORPORATION'S
## NOTICE OF SETTLEMENT

Defendant Boston Scientific Corporation ("Defendant"), pursuant to Local Rule 3.09(a), hereby notifies the Court that the claims between Plaintiffs, **LEANNE MORINGLANES**, and Defendant **BOSTON SCIENTIFIC CORPORATION** have been settled in principal. The Parties are in the process of finalizing the settlement agreement, including release language, and will file a stipulation for dismissal upon completion of the settlement.

Dated March 21, 2023.  Respectfully submitted,

**/s/ Traci T. McKee**
Traci T. McKee, Esq., Attorney No. 53088
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 312-7028
traci.mckee@Faegredrinker.com

US.354179492.02

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2023, the foregoing document was filed with the Clerk of Court using CM/ECF system, which will serve the document electronically to all counsel of record.

/s/ *Traci T. McKee*
Traci T. McKee, Esq., Attorney No. 53088