UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LEANNE MORINGLANES,**

   **Plaintiff,**

**v.**         **Case No. 6:22-cv-1374-CEM-RMN**

**BOSTON SCIENTIFIC
CORPORATION and DOES 1-100,**

   **Defendants.**
_____/

## ORDER

 THIS CAUSE is before the Court on Defendant Boston Scientific Corporation's Notice of Settlement (Doc. 29), which advises the Court that the above-styled action has been settled.

 Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

 **DONE** and **ORDERED** in Orlando, Florida on March 22, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record